193 So.2d 523

**STATE of Louisiana**

v.

**James A. LYMBURNER.**

No. 48519.

Jan. 3, 1967.

In re: James A. Lymburner applying for writs of prohibition, mandamus, certiorari and habeas corpus.

Writs refused. There is no error of law in the order complained of.